IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL LAW DIVISION

RACHEL SABILLION,

    Plaintiffs

v.

Case No.:
Div. No.:

USAA GENERAL INDEMNITY COMPANY,
A Foreign Profit Corporation

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COME NOW the Plaintiff, RACHEL SABILLION, by and through the undersigned attorney, and sue the Defendant, USAA GENERAL INDEMNITY COMPANY, a Foreign Profit Corporation (hereinafter referred to as USAA), and show unto this Honorable Court as follows:

**COUNT I**

**RACHEL SABILLION'S UNINSURED MOTORIST
CLAIM AGAINST USAA**

1.    This is an action for damages in excess of Thirty Thousand and no/100 Dollars ($30,000.00), exclusive of costs and interest, and the Sixth Judicial Circuit Court in and for Pinellas County, Florida, has jurisdiction over this cause and over the Defendant, USAA.

2.    Plaintiff Rachel Sabillion was and is, at all times relevant to the allegations in this suit, a resident of Pinellas County, Florida.

3.    Defendant USAA was and is, at all times relevant to the allegations in this suit, a Foreign Corporation licensed and/or authorized to do business in the State of Florida including in and about Pinellas County, Florida. Said Defendant is engaged in the business of issuing and/or

renewing policies of insurance on motor vehicles in and about the State of Florida, including in Pinellas County, Florida.

4. On or about October 19, 2019 one William Joseph Hoefer owned a 2013 Hyundai Elantra model motor vehicle and gave his permission and/or consent to operate said motor vehicle to Plaintiff RACHEL SABILLION.

5. On or about that same day, October 19, 2019, Plaintiff RACHEL SABILLION operated said 2013 Hyundai Elantra model motor vehicle in the parking lot of 2902 34th Street North in St. Petersburg, Pinellas County, Florida.

6. At that time and place, one Natalie Stanton Shelly negligently and/or carelessly operated or maintained a 2016 Volkswagen Jetta model motor vehicle causing it to collide with the 2013 Hyundai Elantra model motor vehicle being operated by Plaintiff RACHEL SABILLION.

7. As a direct result and proximate cause of this traffic collision, Plaintiff RACHEL SABILLION suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization in the past and/or future, medical and nursing care and treatment in the past and/or future, loss of wages in the past, loss of future earning capacity and/or aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will continue to suffer losses in the future.

8. Prior to the October 19, 2019 motor vehicle collision described herein, Defendant USAA issued and delivered a motor vehicle insurance policy to William Joesph Hoefer under Policy Number 02873 54 54G 7101 2 whereby Defendant USAA agreed to insure Plaintiff RACHEL SABILLION, who was operating the 2013 Hyundia Elantra motor vehicle insured

under this policy at the time of the traffic collision described herein, for all losses caused by bodily injury resulting from the ownership or use by an uninsured motor vehicle/motorist up to $50,000 per person or $100,000.00 per occurrence, stacked by three vehicles, for each such traffic collision as it occurred. A true copy of the Defendant's Florida Auto Policy Renewal Declarations is attached hereto and made a part hereof by reference as though fully rewritten herein, and marked Plaintiff's Exhibit "A." This insurance policy was in full force and effect at the time of the motor vehicle collision described herein, and provided coverage for Plaintiff RACHEL SABILLION for the motor vehicle collision involving Natalie Stanton Shelly, who was an uninsured motorist at the time of the traffic collision described in this Complaint.

9. After discovering that Natalie Stanton Shelly was an uninsured motorist at the time of the aforementioned traffic collision and the Plaintiff's resulting injuries, Plaintiff notified Defendant, USAA of the occurrence. Plaintiff has complied with all conditions, terms and obligations of the policy prior to the commencement of this lawsuit. All conditions precedent have also been performed by the Plaintiff, or have occurred. Defendant USAA has, nevertheless, refused to pay the uninsured motorist benefits as demanded, and has yet to make any such payments as demanded.

10. The damages claimed in this Complaint are covered under the uninsured motorist provisions of the policy and Plaintiff is entitled to recover these damages against Defendant USAA.

11. Plaintiff made demand for payment of benefits under the policy and Defendant USAA, has not tendered the payment of benefits as demanded and continues to withhold payment of the uninsured motorist policy benefits that the Plaintiff is entitled to under the policy of motor vehicle insurance described herein and under Florida law.

**WHEREFORE** the Plaintiff, RACHEL SABILLION, demands judgment for compensatory damages and her costs of suit against Defendant USAA and further demands a trial by jury.

Respectfully Submitted this 14th day of September 2020.

_/s/ Derek C. Reams_
Derek A. Reams
Florida Bar No. 557137
Caitlin E. Finneman
Florida Bar No. 125455
McCue, Reams and Associates
524 - 9th Street West
Bradenton, Florida 34205
(941) 748-1358
Attorneys for Plaintiff

USAA GENERAL INDEMNITY COMPANY
(A Stock Insurance Company)
9800 Fredericksburg - San Antonio, Texas 78288

FLORIDA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

ADDL INFO ON NEXT PAGE  MAIL MCH-M-I
RENEWAL OF

| State | Veh | POLICY NUMBER |
|---|---|---|
| 01 04 05 | | |
| FL 444444444 | Terr 02873 | 54 54G 7101 2 |

POLICY PERIOD: (12:01 A.M. standard time)
EFFECTIVE JUL 28 2019 TO JAN 28 2020

OPERATORS
01 WILLIAM J HOEFER JR
02 CANDIS HOEFER
04 STEVEN PAUL VARNER JR

**Named Insured and Address**

WILLIAM J HOEFER JR
210 34TH AVE N
ST PETERSBURG FL 33704-2242

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE* | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 13 | HYUNDAI | ELANTRA | 4D | 6000 | KMHDH4AE0DU840947 | | P | | |
| 04 | 06 | TOYOTA | SEQUOIA | 4D | 10000 | 5TDZT38A56S282042 | | P | | |
| 05 | 11 | GMC | SIERRA 1500 | 2+ DOOR | 10000 | 1GTR1TEX4BZ459008 | | P | | |

* W/C=Work/School; B=Business; F=Farm;P=Pleasure

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated.
VEH 01   ST PETERSBURG FL 33704-2242         VEH 05   ST PETERSBURG FL 33704-2242
VEH 04   ST PETERSBURG FL 33704-2242

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES    LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | VEH 01 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 04 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 05 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| PART A - LIABILITY | | | | | | | | |
| BODILY INJURY   EA PER $  50,000 | | | | | | | | |
| EA ACC $ 100,000 | | 157.96 | | 165.16 | | 215.41 | | |
| PROPERTY DAMAGE EA ACC $  50,000 | | 79.25 | | 115.30 | | 165.93 | | |
| PART B - PERSONAL INJURY PROTECTION | | | | | | | | |
| MAXIMUM BENEFITS     $10,000 | | | | | | | | |
| DEDUCTIBLE APPLIES TO | | | | | | | | |
| NAMED INSD/RESIDENT RELATIVE | D 500 | 123.39 | D 500 | 107.30 | D 500 | 102.78 | | |
| PART C - UNINSURED MOTORISTS | | | | | | | | |
| STACKED | | | | | | | | |
| BODILY INJURY   EA PER $  50,000 | | | | | | | | |
| EA ACC $ 100,000 | | 234.29 | | 257.46 | | 257.46 | | |
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | |
| COMPREHENSIVE LOSS   ACV LESS | D 500 | 28.66 | D 500 | 28.58 | D 500 | 41.79 | | |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

VEH 05   ADDNL INTEREST - CO-OWNER STEVEN PAUL VARNER JR,
   ST PETERSBURG, FL   ENDT A073 APPLIES
LOSS PAYEE
VEH 01   HYUNDAI MOTOR FINANCE COMPANY, FOUNTAIN VALLEY   CA
VEH 04   ABC AUTO, TAMPA   FL
VEH 05   MAHER CHEVROLET, SAINT PETERSBURG   FL

ENDORSEMENTS: ADDED 07-28-19 -   NONE
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)-   A073(05)   ACCFOR(01)   A402FL(01)
   RSGPFL(01)   5100FL(02)
INFORMATION FORMS:   999FL(03)
H3   1

V01 RMM660000   V04 RMF650000   V05 RMM220000

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY          on this date JUNE 8, 2019
          MARIA ELENA MCALEXANDER          Deneen Donnley, Secretary   S. Wayne Peacock, President

5000 G 05-12
53384-05-12

EXHIBIT A